# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael J. Cohn,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>Arizona, State of,<br><br>　　　　　　　Respondent. | No. CV-15-00267-PHX-DLR<br><br>**ORDER** |

　　　　Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Eileen S. Willet, (Doc. 30), regarding Respondent's Motion to Strike, (Doc. 28). The R&R recommends that the Court deny Petitioner's request for an "order of special action/mandamus transferring [Petitioner] to home arrest pending resolution of this case. . . ." (*See* Doc 24 at 1.) The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (Doc. 30 at 5 (citing Fed. R. Civ. P. 72(b)).) On July 9, 2015, Petitioner filed his Objection to Court's Grant of Respondent's Motion to Strike. (Doc. 32.)

　　　　The Court has considered the objections and reviewed the R&R *de novo*. The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Fed. R. Civ. P. 72(b), and overrules Petitioner's objections.

1      **IT IS THEREFORE ORDERED** that Report and Recommendation of the
2 Magistrate Judge, (Doc. 30), is accepted.
3      Dated this 31st day of July, 2015.

*[signature]*
Douglas L. Rayes
United States District Judge