IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael J. Cohn,<br><br>                        Petitioner,<br><br>v.<br><br>Arizona, State of,<br><br>                        Respondent. | No. CV-15-00267-PHX-DLR<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Eileen S. Willett, (Doc. 52), regarding petitioner's "Notice of deteriorating medical condition and request for relief," (Doc. 34). The R&R recommends that the Court deny Petitioner's notice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (Doc. 52 at 4 (citing Fed. R. Civ. P. 72(b).) Petitioner filed an objection on February 25, 2016. (Doc. 54.)

The Court has considered the objection and has reviewed the R&R de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), and overrules Petitioner's objection. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

**IT IS ORDERED** that Report and Recommendation of the Magistrate Judge, (Doc. 54), is accepted.  Petitioner's "Notice of deteriorating medical condition and request for relief," (Doc. 34), is **DENIED**.

Dated this 18th day of March, 2016.

*[signature]*
Douglas L. Rayes
United States District Judge